IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moore, Debra A | Case Number: 07 B 17971 |
|---|---|---|
|  | Moore, Larry E | Judge: Squires, John H |
|  | Printed: 4/8/08 | Filed: 10/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 13, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,100.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 5,100.00 |
| Totals: | 5,100.00 | 5,100.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Credit Acceptance Corp | Secured | 0.00 | 0.00 |
| 2. | Overland Bond & Investment Corp | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | GE Commerical Finance | Secured | 13,989.47 | 0.00 |
| 5. | Cook County Treasurer | Secured | 4,500.00 | 0.00 |
| 6. | GMAC Mortgage Corporation | Secured | 51,714.21 | 0.00 |
| 7. | Internal Revenue Service | Priority | 4,479.46 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Priority | 52,587.50 | 0.00 |
| 9. | GMAC Mortgage Corporation | Unsecured | 0.00 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 87.75 | 0.00 |
| 11. | Nicor Gas | Unsecured | 263.15 | 0.00 |
| 12. | AC Credit Union | Unsecured | 2,889.40 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 3,991.96 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 5,158.85 | 0.00 |
| 15. | Verizon Wireless Midwest | Unsecured | 331.89 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 28.92 | 0.00 |
| 17. | Overland Bond & Investment Corp | Unsecured | 10,094.33 | 0.00 |
| 18. | GMAC Mortgage Corporation | Secured |  | No Claim Filed |
| 19. | Claims Accounting | Unsecured |  | No Claim Filed |
| 20. | Harris & Harris | Unsecured |  | No Claim Filed |
| 21. | Devon Financial Services Inc | Unsecured |  | No Claim Filed |
| 22. | First Cash Advance | Unsecured |  | No Claim Filed |
| 23. | AT&T | Unsecured |  | No Claim Filed |
| 24. | Nicor Gas | Unsecured |  | No Claim Filed |
| 25. | Loan Machine | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moore, Debra A | Case Number: 07 B 17971 |
|---|---|---|
| | Moore, Larry E | Judge: Squires, John H |
| | Printed: 4/8/08 | Filed: 10/2/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Sprint Nextel | Unsecured | | No Claim Filed |
| 27. | Spiegel | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 150,116.89 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 0.00 |
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____